# 758    CASES REPORTED WITH BRIEF SYLLABI.

May 31, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Pros-kauer, JJ.

THE CITY OF NEW YORK v. PIKE REALTY CORPORATION.— Preference granted for May 31, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Proving the Last Will and Testament of SARAH A. DELMAR, Deceased.— Preference granted for June 2, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRED MARKEY.— Preference granted for June 15, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GARNETT MAY ROBERTS v. PHILIP F. DONOHUE and Another.— Preference granted for June 8, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BELBIRD REALTY CORPORATION v. MINNIE WOLFSON.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES J. TOBIN v. JOSEPH P. HENNESSY, as Commissioner of Parks of the City of New York, Borough of The Bronx, and THE CITY OF NEW YORK.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 475 FIFTH AVENUE CORPORATION v. WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York.— Preference granted for June 1, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IRVING KATZ.— Preference granted for June 2, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS WIGDOROWITZ, as Administrator, etc., of SAMUEL WIGDOROWITZ, Deceased, Respondent, v. YELLOW TAXI CORPORATION OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ROSALIE M. NALLY, Respondent, v. JAMES ARMSTRONG, Appellant.— Order reversed, with costs and disbursements, and verdict reinstated, upon the ground that the verdict was predicated upon sufficient evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents and votes for affirmance.

NORRIS A. HUSE, Appellant, v. FRANKLIN A. MERRIAM, Defendant, Impleaded with MARK D. STILES, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

NORRIS A. HUSE, Appellant, v. FRANKLIN A. MERRIAM, Respondent, Impleaded, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of FRANCIS J. OAKES,